■ In the Matter of JOEL S. MEDOWS, a Suspended Attorney.—Motion for reinstatement as an attorney and counselor-at-law in the State of New York denied, and petitioner directed to issue its final report on the hearing forthwith.

Concur—Sandler, J. P., Carro, Asch, Rosenberger and Smith, JJ.